**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 Master Docket Case No. 1:14-cv-01748 Honorable Matthew F. Kennelly |
| This document applies to: | |

## MASTER SHORT-FORM COMPLAINT
## FOR INDIVIDUAL CLAIMS

1.      Plaintiff(s), _____,
state(s) and incorporate(s) by reference the portions indicated below of Plaintiffs' Master
Long Form Complaint on file with the Clerk of the Court for the United States District
Court for the Northern District of Illinois in the matter entitled *In Re: Testosterone
Replacement Therapy Products Liability Litigation*, MDL No. 2545. Plaintiff(s) [is/are] filing
this Short Form Complaint as permitted by Case Management Order No. 20 of this Court
for cases filed directly into this district.

2.      In addition to the below-indicated portions of the Master Long Form
Complaint adopted by the plaintiff(s) and incorporated by reference herein, Plaintiff(s)
hereby allege(s) as follows:

### VENUE

3.      Venue for remand and trial is proper in the following federal judicial
district: _____

### IDENTIFICATION OF PLAINTIFF(S)
### AND RELATED INTERESTED PARTIES

4.      Name and residence of individual injured by Testosterone Replacement
Therapy product(s) ("TRT"): _____

_____

5.      Consortium Claim(s): The following individual(s) allege damages for loss
of consortium: _____

_____

6.      Survival and/or Wrongful Death claims:

    a.  Name and residence of Decedent when he suffered TRT-related injuries and/or death:

_____

_____

    b.  Name and residence of individual(s) entitled to bring the claims on behalf of the decedent's estate (e.g., personal representative, administrator, next of kin, successor in interest, etc.)

_____

_____

## CASE SPECIFIC FACTS
## REGARDING TRT USE AND INJURIES

7.      Plaintiff currently resides in (city, state):_____

8.      At the time of the TRT-caused injury, [Plaintiff/Decedent] resided in (city, state):_____

9.      [Plaintiff/Decedent] began using TRT as prescribed and indicated on or about the following date:_____

10.     [Plaintiff/Decedent] discontinued TRT use on or about the following date:

_____

11.     [Plaintiff/Decedent] used the following TRT products:

| | |
|---|---|
| AndroGel | Striant |
| Testim | Delatestryl |
| Axiron | Other(s) (please specify): |
| Depo-Testosterone | _____ |
| Androderm | _____ |
| Testopel | _____ |
| Fortesta | _____ |

12.     [Plaintiff/Decedent] is suing the following Defendants:

AbbVie Inc.

Abbott Laboratories

AbbVie Products LLC

Unimed Pharmaceuticals, LLC

Solvay, S.A.

Besins Healthcare Inc.

Besins Healthcare, S.A.


Eli Lilly and Company

Lilly USA, LLC.

Acrux Commercial Pty Ltd.

Acrux DDS Pty Ltd.


Pfizer, Inc.

Pharmacia & Upjohn Company Inc.

Endo Pharmaceuticals, Inc.

Auxilium Pharmaceuticals, Inc.

GlaxoSmith Kline, LLC


Actavis plc

Actavis, Inc.

Actavis Pharma, Inc.

Actavis Laboratories UT, Inc.

Watson Laboratories, Inc.

Anda, Inc.


Other(s) (please specify):_____

_____

13.     [Plaintiff/Decedent] is bringing suit against the following Defendant(s), who did not manufacture TRT and only acted as a distributor for TRT manufacturers:

_____

     a.   TRT product(s) distributed:_____

     b.   Conduct supporting claims:_____

       _____

       _____

       _____

14.     TRT caused serious injuries and damages including but not limited to the following:

_____

_____

15.     Approximate date of TRT injury: _____

## ALLEGATIONS, CLAIMS, AND THEORIES OF RECOVERY
## ADOPTED AND INCORPORATED IN THIS LAWSUIT

16.     Plaintiff(s) hereby adopt(s) and incorporate(s) by reference as if set forth fully herein, all common allegations contained in paragraphs 1 through 466 of the Master Long Form Complaint on file with the Clerk of the Court for the United States District Court for the Northern District of Illinois in the matter entitled *In Re: Testosterone Replacement Therapy Products Liability Litigation*, MDL No. 2545.

17.     Plaintiff(s) hereby adopt(s) and incorporate(s) by reference as if set forth fully herein, the following damages and causes of action of the Master Long Form Complaint on file with the Clerk of the Court for the United States District Court for the Northern District of Illinois in the matter entitled *In Re: Testosterone Replacement Therapy Products Liability Litigation*, MDL No. 2545:

Count I – Strict Liability – Design Defect

Count II – Strict Liability – Failure to Warn

Count III – Negligence

Count IV – Negligent Misrepresentation

Count V – Breach of Implied Warranty of Merchantability

Count VI – Breach of Express Warranty

Count VII – Fraud

Count VIII – Redhibition

Count IX – Consumer Protection

Count X – Unjust Enrichment

Count XI – Wrongful Death

Count XII – Survival Action

Count XIII – Loss of Consortium

Count XIV – Punitive Damages

Prayer for Relief

Other State Law Causes of Action as Follows: _____

_____

_____

## JURY DEMAND

Plaintiff(s) demand(s) a trial by jury as to all claims in this action.


Dated this the _____ day of _____, 20____.


RESPECTFULLY SUBMITTED
ON BEHALF OF THE PLAINTIFF(S),


_____

Signature


OF COUNSEL:  (name)

(firm)

(address)

(phone)

(email)